No. 78–250. WAHL ET AL. v. REXNORD, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–262. GANNON, EXECUTRIX v. MOBIL OIL CO., A DIVISION OF SOCONY OIL CO., INC. C. A. 10th Cir. Certiorari denied.

No. 78–263. EUTECTIC CORP. ET AL. v. METCO, INC. C. A. 2d Cir. Certiorari denied.

No. 78–322. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–323. LANE ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–325. KELLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–331. LOPEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–5002. ROBERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5003. ROTARDIER ET AL. v. FLAXMAN. C. A. 2d Cir. Certiorari denied.

No. 78–5009. EVANS v. MCCLUSKEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 78–5012. YOUNG v. YOUNGER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 78–5013. CARUTHERS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5014. BLANKNER v. GOODWIN, COMMISSIONER, NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.